IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHAWN RANDALL BARNS, SR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-426 (MTT) |
| Sgt. BUTCH, et al., | ) |
| Defendants. | ) |

## ORDER

The Plaintiff has filed an untimely Objection (Doc. 41) to the Report and Recommendation (Doc. 37) that this Court adopted March 13, 2013 (Doc. 39). Pursuant to that Order, the Court agreed to review any subsequently-made untimely filings because the Plaintiff's address changed during this litigation and there was concern he did not receive notice of the Report and Recommendation when it was first made.

The Court has now conducted such a review of the Plaintiff's Objection. Having done so, it sees no reason to alter any of its previous decisions. Accordingly, the Court's prior rulings stand, and the Court considers this matter closed.

**SO ORDERED**, this 8th day of May, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT